(110 So. 916)

MOORE-HANDLEY HARDWARE CO. v. Ruby WILLIAMSON. (6 Div. 755.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by appellant.

(110 So. 916)

MOORE-HANDLEY HARDWARE CO. v. Ruth WILLIAMSON, pro ami. (6 Div. 777.) (Supreme Court of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge.

PER CURIAM. Appeal dismissed by agreement.

(110 So. 916)

Virgil MURPHY v. STATE. (4 Div. 278.) (Supreme Court of Alabama. Nov. 18, 1926.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

PER CURIAM. Appeal dismissed by appellant.

(110 So. 916)

Ex parte NASSER. (6 Div. 778.) (Supreme Court of Alabama. Nov. 23, 1926.) Original Petition for Mandamus to John Denson, Judge of the Circuit Court of Jefferson County.

PER CURIAM. Petition dismissed by petitioner.

(111 So. 922)

Filmore NICHOLS v. STATE. (4 Div. 316.) (Supreme Court of Alabama. March 24, 1927.) Certiorari to Court of Appeals. Frank B. Bricken, of Luverne, and T. E. Martin, of Montgomery, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J. Petition of Filmore Nichols for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Nichols v. State, 112 So. 924. Writ denied.

ANDERSON, C. J., and SOMERVILLE and BROWN, JJ., concur.

(109 So. 922)

R. S. NOLEN v. ALABAMA CHEMICAL CO. (4 Div. 285.) (Supreme Court of Alabama. June 30, 1926.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Transferred from Court of Appeals under Code 1923, § 7326. J. L. Murphy, of Andalusia, for appellant. E. O. Baldwin, of Andalusia, for appellee.

BOULDIN, J. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(110 So. 916)

ONE FORD COUPÉ (W. G. Harrison, Claimant) v. STATE. (6 Div. 670.) (Supreme Court of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Jefferson County; W. M. Walker, Judge.

PER CURIAM. Affirmed on certificate.

(110 So. 916)

James OZIER v. Mrs. Walter MOORE. (3 Div. 753.) (Supreme Court of Alabama. Dec. 16, 1926.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

PER CURIAM. Affirmed on motion of appellee.

(109 So. 922)

Mal PATTERSON v. STATE. (7 Div. 673.) (Supreme Court of Alabama. Oct. 21, 1926.) Certiorari to Court of Appeals. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for petitioner. Pruet & Glass, of Ashland, opposed.

PER CURIAM. Petition of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Mal Patterson v. State, 21 Ala. App. 464, 109 So. 375. Writ denied.

SOMERVILLE, GARDNER, THOMAS, and BOULDIN, JJ., concur.

(109 So. 922)

Otis PAUL v. Sallie HENDERSON et al. (4 Div. 267.) (Supreme Court of Alabama. June 17, 1926. Rehearing Denied Nov. 11, 1926.) Appeal from Circuit Court, Pike County; Walter B. Jones, Judge. Ballard & Brassell, of Troy, and Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellant. A. G. Seay, of Troy, for appellees.

ANDERSON, C. J. The appellant filed this bill for the specific performance of a contract for the sale of certain lands, therein described, against the respondents, the heirs and devisees of Fox Henderson, deceased, claiming that the said Fox Henderson had, before his death, contracted to sell him said land. The record in this case is quite voluminous, but the evidence has been carefully weighed and considered, and with no presumption in favor of the ruling of the trial court, as none of it was ore tenus, and we think that the complainant has failed to meet the burden cast upon him of proving the existence of the contract claimed to have existed between him and the said Fox Henderson, and the decree of the circuit court is affirmed. Affirmed.

SAYRE, GARDNER, and MILLER, JJ., concur.

(111 So. 922)

J. W. PECK et al. v. Jessie MAHAN pro ami. (6 Div. 661.) (Supreme Court of Alabama. Jan. 3, 1927.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Appeal dismissed by appellant.

(111 So. 922)

J. B. PRINCE v. Della GREEN. (8 Div. 882.) (Supreme Court of Alabama. March 24, 1927.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. O. M. Raines, of Scottsboro, for appellant. Proctor & Snodgrass and J. K. Thompson, all of Scottsboro, for appellee.

SOMERVILLE, J. Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.